JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DENI M. HOFFMAN,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>Defendant | ) Case No. 2:25-cv-07790-JFW-DSR<br>)<br>)<br>) **JUDGMENT FOR VOLUNTARY**<br>) **REMAND PURSUANT TO**<br>) **SENTENCE FOUR OF 42 U.S.C. §**<br>) **405(g)**<br>)<br>) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: January 30, 2026

_____
THE HONORABLE JOHN F. WALTER
U.S. DISTRICT COURT JUDGE

-1-